In the Matter of the Accounting of GUARANTY TRUST COMPANY OF NEW YORK, as Surviving Trustee under the Will of ZETTIE DALSIMER, Deceased, Appellant; CARRIE THALHEIMER et al., Respondents.

In the Matter of the Accounting of GUARANTY TRUST COMPANY OF NEW YORK, as Surviving Trustee under the Will of ZETTIE DALSIMER, Deceased, Appellant; CARRIE DALSIMER, Individually and as Executrix of NATHAN S. DALSIMER, Deceased, Respondent.

In the Matter of the Accounting of GUARANTY TRUST COMPANY OF NEW YORK, as Surviving Trustee under the Will of ZETTIE DALSIMER, Deceased, Appellant; ELMER F. QUINN, as Special Guardian, et al., Respondents.

Argued March 14, 1938; decided April 12, 1938.

*John W. Davis, Theodore Kiendl, Otis T. Bradley* and *Edwin E. Peterson* for appellant.

*Harold Riegelman, H. H. Nordlinger, David B. Lefkowitz, Julius Cutler, Murray C. Spett, Jessie Silberfein* and *Elmer F. Quinn*, as special guardian, for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.